**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Nikki Reiser,<br><br>Plaintiff,<br><br>vs.<br><br>Frank Bisignano, Commissioner of the Social Security Administration,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER SETTING BRIEFING SCHEDULE**<br><br><br><br>Case No. 1:26-cv-248 |

In accordance with Supplemental Rules for Social Security 6, 7, and 8, effective December 1, 2022, it is **ORDERED** that (1) Plaintiff's brief is due by November 9, 2026; (2) the Commissioner's responsive brief is due within thirty days after service of Plaintiff's brief; and (3) Plaintiff may file a reply brief within fourteen days after service of the Commissioner's brief.

It is further **ORDERED** that, when providing citations to the record, the parties are to cite the ECF page and document numbers rather than transcript page numbers.

Dated this 6th day of October, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court